# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 30 MAGAZINER REALTY, LLC, ) <br> OSGOOD TEXTILE CO. INC. ) <br> ROBERT S. KAHAN, MAYER KAHAN, ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> PEERLESS INSURANCE CO., ) <br>     Defendants ) | CIVIL ACTION NO. <br> <u>3:11-cv-30264-MAP</u> |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the plaintiffs 30 Magaziner, Realty, LLC.et al., against the defendant Peerless Insurance Co., pursuant to the court's endorsed order entered this date, granting the plaintiff's motion to dismiss.

                                            **SARAH A. THORNTON**, <br>
                                            CLERK OF COURT

Dated: <u>February 15, 2012</u>        By <u>/s/ *Maurice G. Lindsay*</u> <br>
                                                  Maurice G. Lindsay <br>
                                                  Deputy Clerk

(Civil Judgment (Routine) 5.wpd - 11/98) <br>
        [jgm.]