# UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| 30 MAGAZINER REALTY, LLC, )<br>OSGOOD TEXTILE CO. INC. )<br>ROBERT S. KAHAN, MAYER KAHAN, )<br>    Plaintiffs )<br>)<br>v. )<br>)<br>PEERLESS INSURANCE CO., )<br>    Defendants ) | CIVIL ACTION NO.<br>3:11-cv-30264-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the plaintiffs 30 Magaziner, Realty, LLC.et al., against the defendant Peerless Insurance Co., pursuant to the court's endorsed order entered this date, granting the plaintiff's motion to dismiss.

                                       **SARAH A. THORNTON**,
                                       CLERK OF COURT

Dated: February 15, 2012               By /s/ *Maurice G. Lindsay*
                                            Maurice G. Lindsay
                                            Deputy Clerk

(Civil Judgment (Routine) 5.wpd - 11/98)
      [jgm.]